The People of the State of New York, Respondent, v. David A. Sullivan, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. John A. Werner, Appellant.— Judgment of conviction of the County Court of Richmond county reversed and new trial ordered, for error in admitting proof of the details of the complaints made. (See *Baccio* v. *People*, 41 N. Y. 265; *People* v. *Friedman*, 139 App. Div. 795.) Hirschberg, Thomas, Carr and Woodward, JJ., concurred; Burr, J., dissented upon the ground that while the testimony of the officers may have been incompetent, the other evidence corroborating complainant's testimony was so complete that the error was not prejudicial.

The People of the State of New York ex rel. J. Esler Eckerson and Others, Appellants, v. Charles H. Zundel and Others, as Assessors of the Village of Haverstraw (Taxes for 1894), Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. J. Esler Eckerson and Others, Appellants, v. Charles H. Zundel and Others, Assessors of the Village of Haverstraw (Taxes for 1893), Respondents.— Final order and judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Philippine Savage, Respondent, v. Samuel Aronson, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless plaintiff stipulate to reduce the damages to $150, in which case the judgment and order are unanimously affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Sea Beach Railway Company, Respondent, v. George A. Browning and Others, Defendants, Impleaded with William E. Butler, Trustee in Bankruptcy, Appellant.— Order affirmed, without costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Clara M. Van Zuilen, Respondent, v. Frank Mann, as Second Deputy Tenement House Commissioner of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Magdalena Werst, Respondent, v. Frank Mann, as Second Deputy Tenement House Commissioner of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Continental Securities Company and Clarence H. Venner, Stockholders in the Interborough Rapid Transit Company, etc., Respondents, v. August Belmont and Others, Appellants, Impleaded with Interborough Rapid Transit Company, Defendant.— Motion for leave to appeal to the Court of Appeals and for stay granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ. Order to be settled before Mr. Justice Carr.